COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| IN THE MATTER OF THE ESTATE OF MILDRED WHITE HARDING, DECEASED. | § § § § § § § | No. 08-15-00316-CV<br><br>Appeal from the<br><br>Probate Court No. 1<br><br>of El Paso County, Texas<br><br>(TC# 2014-CPR02255) |

## MEMORANDUM OPINION

Appellants, Erik Garcia and IHS Acquisition No. 131, Inc. d/b/a Horizon Healthcare Center at El Paso, have filed an unopposed motion to dismiss the appeal. *See* TEX.R.APP.P. 42.1(a)(1). We grant the motion and dismiss the appeal. Costs of the appeal are taxed against the party incurring them.

STEVEN L. HUGHES, Justice

December 16, 2015

Before McClure, C.J., Rodriguez, and Hughes, JJ.